UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   **Mills, Allen M**            Case No.:   **19-28394-JKS**

                                                           Chapter:   **7**

                                                           Judge:   **John K. Sherwood**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable <u>John K. Sherwood</u> on <u>February 11, 2020</u>, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. <u>3D</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property: **22 Harrison Street, Belleville, New Jersey**<br><br>                **Current Market Value of Property:  $350,000.00**<br>                **Estimated Cost of Sale:  $35,000.00** |
|---|

| **Liens on property: Midland Mortgage: $291,218.42** |
|---|

| **Amount of equity claimed as exempt:** |
|---|

Objections must be served on, and requests for additional information directed to:

Name:          Benjamin A. Stanziale, Jr., Trustee

Address:       29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 19-28394-JKS
Allen M Mills                                                         Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin                 Page 1 of 2              Date Rcvd: Jan 13, 2020
                                Form ID: pdf905             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db             +Allen M Mills,    22 Harrison Street #2,   Belleville, NJ 07109-4226
518481834       Alliance One Receivable Management,    Attn: POB 3111,    Southeastern, PA 19398
518481835      +Arcadia,    Attn: High Focus,   POB 6768,   Reading, PA 19610-0768
518481836      +Barclays Bank Delaware,    Attn: Frederic Weinberg & Associates, PC,
                 1200 Laurel Oak Road, Suite 104,   Voorhees, NJ 08043-4317
518481837      +Barclays Bank Delaware,    Attn: Glenn Stuart Garbus,    7 Banta Place,
                 Hackensack, NJ 07601-5604
518481839      +Capital One Bank, N.A.,    Attn: Lyons Doughty & Veldhuis, PC,    136 Gaither Drive, Suite 100,
                 Mount Laurel, NJ 08054-1725
518481841      +Credit Control, LLC,    Attn: Sears Gold Mastercard,    POB 31179,    Tampa, FL 33631-3179
518481844      +Diversified Consultants, Inc.,    Attn: Sprint,    POB 679543,    Dallas, TX 75267-9543
518481845      +Emergency Assoc of Montclair,    66 West Gilbert Street,    Red Bank, NJ 07701-4947
518481846      +FedLoan Servicing,    POB 69184,   Harrisburg, PA 17106-9184
518481848      +Financial Corporation of America,    Attn: Hackensack Mountainside Hosp.,    POB 203500,
                 Austin, TX 78720-3500
518481851      +Macys DSNB,    POB 8212,   Mason, OH 45040-8234
518481852      +Midland Funding,    Attn: Citibank, N.A.,    320 E Big Beaver Road, Suite 300,
                 Troy, MI 48083-1271
518481853      +Midland Funding, LLC,    Attn: Pressler Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518481854      +Midland Mortgage,    POB 268888,   Oklahoma City, OK 73126-8888
518481858      +Wakefield & Associates,    Attn: Emergency Associates of Montclair,    7005 Middlebrook Pike,
                 Knoxville, TN 37909-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 00:01:17
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518481842       E-mail/Text: customercareus@creditcorpsolutionsinc.com Jan 13 2020 23:52:47
                 Credit Corp Solutions, Inc.,    Attn: Lending Club Corporation,    63 East 11400 South 408,
                 Sandy, UT 84070
518481843       E-mail/Text: customercareus@creditcorpsolutionsinc.com Jan 13 2020 23:52:47
                 Credit Corp Solutions, Inc.,    Attn: Sears Gold Mastercard,    63 East 11400 South 408,
                 Sandy, UT 84070
518481838      +E-mail/Text: cms-bk@cms-collect.com Jan 13 2020 23:53:33      Capital Management Services, LP,
                 Attn: Citibank, N.A.,    698 1/2 Odgen Street,    Buffalo, NY 14206-2317
518481840      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 14 2020 00:00:00
                 Carson Smithfield, LLC,    Attn: Merrick Bank,    POB 9216,   Old Bethpage, NY 11804-9016
518481850      +E-mail/Text: bncnotices@becket-lee.com Jan 13 2020 23:53:10      Khols Department Store,
                 POB 3115,   Milwaukee, WI 53201-3115
518481855       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 00:00:11
                 Portfolio Recovery Associates, LLC,    Attn: Capital One Bank, N.A.,    POB 12914,
                 Norfolk, VA 23541
518481856      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:17
                 Resurgent/LVNV Funding,    Attn: Metabank Fingerhut,    POB 1269,   Greenville, SC 29602-1269
518483469      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 00:01:20      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518481857      +E-mail/Text: bankruptcydepartment@tsico.com Jan 13 2020 23:54:41      Transworld System Inc.,
                 Attn: Enterprise Rent a Car,    POB 15520,   Wilmington, DE 19850-5520
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518481847*     +FedLoan Servicing,    POB 69184,   Harrisburg, PA 17106-9184
518481849*     +Financial Corporation of America,    Attn: Hackensack Mountainside Hosp.,    POB 203500,
                 Austin, TX 78720-3500
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Jan 13, 2020
                              Form ID: pdf905            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.     trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Ronald I. LeVine    on behalf of Debtor Allen M Mills ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```